# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

December 21, 2021

<u>**VIA ECF & EMAIL**</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Ekin Erkan*
      **19 Cr. 179 (RA)**

Dear Judge Abrams:

     I am the attorney for the defendant, Ekin Erkan, in the above-referenced matter. On February 14, 2018, the defendant was released on a $100,000 personal recognizance bond, signed by 2 financially responsible persons, with travel limited to the Southern and Eastern Districts of New York and the Southern District of Ohio. The purpose of this letter is to respectfully request a modification of the defendant's bail conditions. Specifically, it is requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey on December 27, 2021, to spend the evening at the home of his girlfriend's parents. He will be spending the night there and will be leaving the following morning to visit his parents. The Probation Department and the Government consent to this request. Accordingly, it is respectfully requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey from December 27, 2021 through December 28, 2021. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   AUSA Mary Elizabeth Bracewell
      U.S.P.S.O. Dayshawn Bostic
      *Via email*

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 21, 2021

1