# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 19, 2022

**VIA ECF & EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 19, 2022

Re:   *U.S. v. Ekin Erkan*
      19 Cr. 179 (RA)

Dear Judge Abrams:

     I am the attorney for the defendant, Ekin Erkan, in the above-referenced matter. On February 14, 2018, the defendant was released on a $100,000 personal recognizance bond, signed by 2 financially responsible persons, with travel limited to the Southern and Eastern Districts of New York and the Southern District of Ohio. The purpose of this letter is to respectfully request a modification of the defendant's bail conditions. Specifically, it is requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey on January 20, 2022, to spend the evening at the home of his girlfriend's parents. He will be spending the night there and will be leaving the following day. Mr. Erkan was approved to travel to New Jersey for Christmas; however, he did not go because of COVID-19. Pretrial Services has no objection to this request and the Government defers to Pretrial. Accordingly, it is respectfully requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey from January 20, 2022, through January 21, 2022. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   AUSA Mary Elizabeth Bracewell
      U.S.P.S.O. Dayshawn Bostic
      *Via email*

1