# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 31, 2022

**VIA ECF & EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Ekin Erkan*
      **19 Cr. 179 (RA)**

Dear Judge Abrams:

     I am the attorney for the defendant, Ekin Erkan, in the above-referenced matter. On February 14, 2018, the defendant was released on a $100,000 personal recognizance bond, signed by 2 financially responsible persons, with travel limited to the Southern and Eastern Districts of New York and the Southern District of Ohio. The purpose of this letter is to respectfully request a modification of the defendant's bail conditions. Specifically, it is requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey on February 3, 2022, to spend the weekend at the home of his girlfriend's parents. He will be returning on Saturday, February 5, 2022. Pretrial Services has no objection to this request and the Government defers to Pretrial. Accordingly, it is respectfully requested that the Court permit Mr. Erkan to travel to New Brunswick, New Jersey from February 3, 2022, through February 5, 2022. The Court's time and attention to this matter is greatly appreciated.

                     Respectfully submitted,

                     /s/

                     Margaret M. Shalley

cc:   AUSA Mary Elizabeth Bracewell
      U.S.P.S.O. Dayshawn Bostic
      *Via email*

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 31, 2022

1