# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 7, 2022

**VIA ECF & EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *U.S. v. Ekin Erkan*
19 Cr. 179 (RA)

Dear Judge Abrams:

    I am the attorney for the defendant, Ekin Erkan, in the above-referenced matter. On February 14, 2018, the defendant was released on a $100,000 personal recognizance bond, signed by 2 financially responsible persons, with travel limited to the Southern and Eastern Districts of New York and the Southern District of Ohio. The purpose of this letter is to respectfully request a modification of the defendant's bail conditions to include travel to the district of New Jersey. Mr. Erkan's girlfriend has family in New Jersey that they would like to visit with regularly. Pretrial Services has no objection to this request and the Government defers to Pretrial. Accordingly, it is respectfully requested that the Court modify Mr. Erkan's bond conditions to include travel to the district of New Jersey. The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Mary Elizabeth Bracewell
U.S.P.S.O. Dayshawn Bostic
*Via email*

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 8, 2022

1