# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 23, 2022

**VIA ECF & EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Ekin Erkan*
      **19 Cr. 179 (RA)**

Dear Judge Abrams:

I represent Ekin Erkan in the above-referenced matter. Mr. Erkan is currently scheduled to be sentenced on April 8, 2022. The purpose of this letter is to respectfully request a 90-day adjournment of Mr. Erkan's sentencing. Counsel has not yet received letters from Mr. Erkan's family and friends, which are to be included in his sentencing submission. An adjournment of 90-days will provide sufficient time for counsel to receive the documents and review the final submission with Mr. Erkan before filing. This is the first request for an adjournment of his sentencing, and the Government has no objection to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 90-days, to the week of July 11, 2022, or a date that is convenient to the Court. The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   AUSA Mary Elizabeth Bracewell
      USPSO Dayshawn Bostic
      *Via email*

Application granted. The sentence is adjourned to July 22, 2022 at 3:30 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 23, 2022