# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 8, 2022

<u>**VIA ECF & EMAIL**</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    *U.S. v. Ekin Erkan*
                   19 Cr. 179 (RA)

Dear Judge Abrams:

      I represent Ekin Erkan in the above-referenced matter. Mr. Erkan is currently scheduled to be sentenced on July 21, 2022. The purpose of this letter is to respectfully request a 60-day adjournment of Mr. Erkan's sentencing. Counsel has not yet received letters from Mr. Erkan's therapist or his transcripts from his school, which are to be included in his sentencing submission. An adjournment of 60-days will provide sufficient time for counsel to receive the documents and review the final submission with Mr. Erkan before filing. This is the second request for an adjournment of his sentencing. The first request was granted and the Government has no objection to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 60-days, to the week of September 26, 2022, or a date that is convenient to the Court. Counsel apologizes for this late request for an adjournment of the sentencing because I was preparing for a trial in the Eastern District of New York. The Court's time and consideration of this matter are greatly appreciated.

                                      Respectfully submitted,

                                      /s/

                                    Margaret M. Shalley

cc:    AUSA Mary Elizabeth Bracewell
       USPSO Dayshawn Bostic
       *Via email*

Application granted. The sentence is adjourned to September 28, 2022 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 8, 2022

1